1  David S. Barrett (SB# 209986)
   Law Office of David S. Barrett
2  700 E Street
   Sacramento, CA 95814
3  david@dsblawoffice.com
   Telephone:     (916) 440-0233
4  Facsimile:     (916) 440-0237

5  Attorneys for Defendant/Cross-Complainant
   TAQSEEM, INC.

6

7

8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | APOLLO FUTURE TECHNOLOGY, INC., | Case No.:   3:15-cv-01041

13

14 |            Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE FOR APRIL 29, 2015 CASE MANANGEMENT CONFERENCE HEARING;**

15 |     vs. |

16

17 | TAQSEEM, INC., | **[PROPOSED] ORDER**

18 |            Defendants. |

19 |  | Date: April 29, 2015
   |  | Time: 10:am
20 |  | Courtroom: 7
   |  | Judge: Hon. Nathaniel Cousins

21

22 | AND RELATED CROSS-ACTION

23

24

25        David S. Barrett, counsel for Defendant/Cross-Complainant Taqseem, Inc. respectfully

26 requests to via telephone for the hearing scheduled on April 29, 2015 at 10:00 am in Courtroom 7

27 Mr. Barrett is a sole practitioner residing in Sacramento with obligations associated with the

28 dropping off and picking up of two children at school.  Therefore, a telephonic appearance is

                                           **1.**
                          REQUEST AND [PROPOSED] ORDER

1  requested and would be deeply appreciated.

2

3  Date: April 28, 2015                                    LAW OFFICE OF DAVID S. BARRETT

4                                                          /s/ David S. Barrett

5                                                          DAVID S. BARRETT
                                                           Attorney      for      Defendant/Cross-Complainant
6                                                          Taqseem, Inc.

7

8

9

10
                                                        **ORDER**
11

12  The request of David S. Barrett to make a telephonic appearance at the April 29, 2015 Case

    Management Conference is GRANTED.  Counsel must contact the Courtroom Deputy at  408.535.5343
13
    to provide a direct dial number for this appearance and must be available beginning at 10:00 a.m.
14
    until called by the Court.
15            April 28, 2015

                                                        _____
16                                                      Judge of The United States District Court

17

18                                          IT IS SO ORDERED
                                               AS MODIFIED
19
                                          Judge Nathanael M. Cousins
20

21

22

23

24

25

26

27

28

                                                    **2.**

1

2

## CERTIFICATE OF SERVICE

3

4              I hereby certify that on April 28, 2015, I authorized the electronic filing of the foregoing with

5       the clerk of the court using the cm/ecf system which will send notification of such filing to the e-

6       mail addresses denoted on the below electronic mail service list, and I hereby certify that I caused to

7       be mailed the foregoing document or paper via the united states postal service to the non-cm/ecf

        participants indicated on the attached manual notice list.

8              I certify under penalty of perjury under the laws of the United States of America that the

9       foregoing is true and correct. Executed on April 28, 2015.

10

11                                                          /S/ DAVID S. BARRETT

12                                                            David S. Barrett (SB# 209986)
                                                             700 E Street
13                                                           Sacramento, CA 95814
                                                             T: (916) 440-0233
14                                                           F: (916) 440-0237
                                                             david@dsblawoffice.com
15

16

17
                                       ELECTRONIC SERVICE LIST
18
        Jeffrey T. Lindgren (SB# 176400)
19      Eric W. Benisek (SB# 209520)
        Stephen C. Steinberg (SB# 230656)
20      Vasquez Benisek & Lindgren, LLP
        3685 Mt. Diablo Blvd., Suite 300
21      Lafayette, CA 94549

22
        jlindgren@vbllaw.com
23      ebenisek@vbllaw.com
        ssteinberg@vbllaw.com
24

25

26

27

28

**3.**
**REQUEST AND [PROPOSED] ORDER**