1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLLO FUTURE TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAQSEEM, INC., a California corporation; TONIC, INC., a California corporation; SAMER MANSOUR aka SAMIR MANSOUR, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No:   5:15-cv-01041-NC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE |
| TAQSEEM, INC.,<br><br>　　　　　Counter-Claimant<br><br>　　v.<br><br>APOLLO FUTURE TECHNOLOGY, INC.; WEIHE ZHU aka RICK ZHU; and ROES 1 through 10,<br><br>　　　　　Counter-Defendants. | |

Having considered the parties' Joint Motion to Dismiss All Claims and Counterclaims with Prejudice and good cause appearing therefore, IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, this entire action is

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS

1 | hereby dismissed with prejudice including all claims and.  Each party shall bear its own
2 | attorneys' fees and costs.

    DATED:  July __20__, 2015

                                          The Honorable Magistrate Judge Nathanael Cousins

**GRANTED**
Judge Nathanael M. Cousins

[PROPOSED] **ORDER GRANTING JOINT MOTION TO DISMISS**